IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DOUGLAS C. HOLLIBAUGH,

Plaintiff,

vs.

H & H AUTOMOTIVE, LLC,

Defendant.

8:23CV513

**FINAL PROGRESSION ORDER (AMENDED)**

The Court grants the parties' Joint Motion to Extend Deadlines for good cause shown. Filing No. 26.

Accordingly,

IT IS ORDERED that the final progression order is amended as follows:

1) The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings currently set for September 17, 2024 is <u>continued</u> and will be held with the undersigned magistrate judge on **October 29, 2024** at **10:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is October 1, 2024. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by October 1, 2024.

   **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3)     The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is October 22, 2024.

4)     The deadline for filing motions to dismiss and motions for summary judgment is November 15, 2024.

5)     All other deadlines and provisions in the Court's final progression order not amended herein remain unchanged.

Dated this 3rd day of September, 2024.

                BY THE COURT:

                *s/ Jacqueline M. DeLuca*

                United States Magistrate Judge